**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6437

DEREK CURTIS,

Plaintiff - Appellant,

v.

KENNETH T. CUCCINELLI, II, Attorney General; PAUL EBERT, Esquire, Commonwealth Attorney; JEANICE WEITHOP, Esq. Asst. Commonwealth Attorney; ANGELA HORAN, County Attorney; COLONEL MELETUS, Superintendent; CHERYL ANN WALTON, CAC; CAPTAIN GEORGE HURLOCK, Director of Security; CHARLIE DEAN, Chief of Police; HEATHER DARLING, Detective; SERGEANT BREWER, Deputy Sheriff; OFFICER PEACEMAKER, Deputy Sheriff; CAROLYN OLIVER, Social Worker II; SERGEANT LAUREL WHITAKER, Supervisor,

Defendants - Appellees,

and

CHERYL WALTON, Attorney; UNKNOWN CORRECTIONAL OFFICER, Prince William County Regional Adult Detention Center; BRANT, Correctional Officer; TED BODIE, Attorney,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:12-cv-00296-CMH-IDD)

Submitted: July 18, 2013            Decided: July 23, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Derek Curtis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Curtis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Curtis v. Cuccinelli, No. 1:12-cv-00296-CMH-IDD (E.D. Va. filed Feb. 19 & entered Feb. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED